IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)                    **CRIMINAL MINUTES**

Criminal Case No. CR11-02783-002-TUC-CKJ(LAB)          Date:  July 30, 2012

Title:   United States of America      v.   Elmer Martin Cruz-Grijalva

Present:                    Hon. Cindy K. Jorgenson                    Judge #   7029

Defendant Present:   X    Not Present_____   Custody   X    Released_____.

Deputy Clerk   Jill Tarlton          Court Reporter  Mary Riley

U.S. ATTY:  Ryan DeJoe          Dft ATTY:   Richard Raynor & Tamara Mulembo, AFPD

**MOTION HEARING**

**PROCEEDINGS:**    X  Open Court ____Chambers     ____Other

Counsel present arguments to the Court regarding objections to the Report and Recommendation.

**THE COURT ADOPTS** the recommendation by Magistrate Judge Glenda E. Edmonds contained

in the Report and Recommendation for the reasons stated on the record. Counsel present arguments

to the Court regarding the pending motions in limine. **THE COURT DENIES** the Motion in Limine

to Preclude Evidence of First Statement Made By Cruz-Grijalva as Irrelevant and  Prejudicial.  (Doc.

109)  **THE COURT GRANTS IN PART AND DENIES IN PART** the Motion in Limine to

Preclude Prior Bad Acts (Doc. 103) and Motion in Limine to Preclude Evidence of Pleas of Guilty

by the Co-Defendants (Doc. 104). The report of the deceased agent who stopped the defendant on

January 22, 2010 or a witness testifying thereto is hearsay and not admissible.  The Court will allow

the defendant's own admissions in this case about the prior bad act. (Doc. 103) The Court precludes

evidence of the gun found in co-defendant Wickware's glove compartment (Doc. 104) to be

admitted during trial. The agents may testify about their knowledge of the use of Madera Canyon as

a family recreation area but may not state that they have taken their children to the canyon. The

agents may testify as to their prior employment history including military experience. Counsel

discuss the stipulation (Doc. 10) relating to the release of the two material witnesses without the

taking of video depositions. Defense counsel requests that the interviews of the material witnesses by law enforcement be played in their entirety to the jury. **THE COURT GRANTS** the request.

Mot hrg: 1 hr 20 min